[No. 63816-5-I.   Division One.   November 16, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES HARTZELL, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. JEREMY TIESKOTTER, *Appellant*.

The opinion in the above captioned case, which appeared in the advance sheets at 153 Wn. App. 137-76, has not been published in this permanent bound volume pursuant to an order of the Court of Appeals dated July 19, 2010 withdrawing the opinion and substituting a new opinion. See 156 Wn. App. 918.